FILED
NOV 2 4 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN ACOSTA,<br><br>Defendant | Case No.: 25-cr-4448-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Upon the motion of the United States, for the reasons stated in the motion and incorporated herein by reference,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 11/24/25

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE